JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cv-3250-R-JEM |
| PLAINTIFF, | |
| v. | **JUDGMENT** |
| 20 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA, JACK T. HOLMES AND PATTY HOLMES, et al., | |
| DEFENDANTS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Order for Determination of Just Compensation and Title is GRANTED. Possession of the property subject to this proceeding is transferred to the United States. Final

judgment is entered against the United States in the sum of $8,000. This action is dismissed with prejudice.

Dated: October 8, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE